**Fill in this information to identify the case:**

Debtor name __Condor Exploration, Inc., a Delaware corporation__
United States Bankruptcy Court for the: __Northern__  District of __Texas__
                                                              (State)
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
CK Pearl Holdings, LLC

**Creditor's mailing address**
201 Main St., Suite 109
Ft. Worth, TX 76102

**Creditor's email address, if known**
_____

**Date debt was incurred** July 31, 2007
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
CK Pearl has a first-in-time recorded mortgage, while Frontera has a subsequently filed Joint Operating Agreement

**Describe debtor's property that is subject to a lien**
Substantially all assets, cash and receivables, including 12.5% non-operated working interest in Canaguara, Toca, and Quebrada Roja Fields, Colombia, South America

**Describe the lien** 1st lien pursuant to loan documents and mortgages

**Is the creditor an insider or related party?**
☐ No
☒ Yes, it is now, but not at time of loan

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 213,072,137    $ Unknown

**2.2 Creditor's name**
Frontera Energy Corporation

**Creditor's mailing address**
Calle 11ON° 9-25 PISO14
Bogota, Colombia

**Creditor's email address, if known**
awalters@fronteraenergy.ca

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☒ Yes. The relative priority of creditors is specified on lines 2.1 and 2.2

**Describe debtor's property that is subject to a lien**
12.5% non-operated working interest in Canaguaro, Toca, and Quebrada Roja Fields, Colombia, South America

**Describe the lien** 2nd lien pursuant to Joint Operating Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 264,683.54    $ Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 213,336,820.54