**Fill in this information to identify the case:**

Debtor: Condor Exploration, Inc.

United States Bankruptcy Court for the: Northern District of Texas
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**
**Priority creditor's name and mailing address**
State of Delaware

**Date or dates debt was incurred**
2012 - current

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** $ 48,000 Estimated
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Property taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim:** $ 48,000 Estimated
**Priority amount:** $ Unknown

Condor Exploration, Inc. has not filed Property taxes since 2012 and is not an entity in Good Standing.

**2.2**
**Priority creditor's name and mailing address**
ANH - Colombian Government

Av. Calle 26 No. 59-65, Piso 2

Edif. Cámera Colombiana de Infrastructura

Bogota, Colombia 111321

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ 78,898
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Regulatory

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim:** $ 78,898
**Priority amount:** $ Unknown

**2.3**
**Priority creditor's name and mailing address**
Colombian Government

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _7_ _9_ _8_ _7_

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ 6,667.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
withholding taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim:** $ 6,667.00
**Priority amount:** $ _____

Debtor  Condor Exploration, Inc., a Delaware corporation    Case number (*if known*)_____
      Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|---|
| | Oilfield Development Specialists, LLC | *Check all that apply.* | |
| | 25703 Jewel Spring Ln. | ☒ Contingent | |
| | Katy, TX 77494 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | | **Basis for the claim:** litigation / contract | |
| | **Date or dates debt was incurred** Unknown | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☒ No   ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 6,422 |
|---|---|---|---|
| | Clean Energy Resources | *Check all that apply.* | |
| | Calle 67 No. 7-94 of. 603 | ☐ Contingent | |
| | Bogota, Colombia 110231 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** monthly contract fee | |
| | **Date or dates debt was incurred** Monthly | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** N/A __ __ | ☒ No   ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 375,000 |
|---|---|---|---|
| | PP Equity Holdings | *Check all that apply.* | |
| | 201 Main St., Suite 1900 | ☐ Contingent | |
| | Ft. Worth, TX 76102 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** loan | |
| | **Date or dates debt was incurred** Jan. 2016 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** N/A __ __ | ☒ No   ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|---|
| | Canaguaro Consortium | *Check all that apply.* | |
| | Calle 67 No. 7-94 of. 603 | ☐ Contingent | |
| | Bogota, Colombia 110231 | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Royalty Claim | |
| | **Date or dates debt was incurred** August 2018 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** N/A __ __ | ☐ No   ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ |
|---|---|---|---|
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ |
|---|---|---|---|
| | | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes | |

Debtor <u>Condor Exploration, Inc., a Delaware corporation</u>    Case number (*if known*)_____
       Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 133,565 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 381,422 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 514,987 |